PATTERSON, P. J., INGRAHAM, LAUGHLIN and LAMBERT, JJ., concurred.

Order modified as directed in opinion, and as modified affirmed, without costs. Settle order on notice.

---

ELLEN COFFEY, as Administratrix, etc., of PATRICK COFFEY, Deceased, Appellant, *v.* NEW YORK CITY RAILWAY COMPANY, Respondent.

First Department, February 25, 1907.

Appeal from order — opinion below not considered.

On an appeal from an order setting aside a verdict, it is the order which governs the appellate court and not the opinion of the court below.

APPEAL by the plaintiff, Ellen Coffey, as administratrix, etc., from an order of the Supreme Court, made at the New York Trial Term and entered in the office of the clerk of the county of New York on the 2d day of April, 1906.

*Frederick Hulse,* for the appellant.

*Joseph F. Daly,* for the respondent.

HOUGHTON, J.:

The order setting aside the verdict and granting a new trial, from which the plaintiff appeals, recites that the motion was made upon the ground, amongst others, that the verdict was against the weight of evidence.

In a memorandum opinion, the learned trial court stated views respecting the case, in which we do not concur. It is the order, however, which governs our consideration of the appeal and not the opinion. Treating the motion as made upon the ground that

the verdict was against the weight of evidence, as we must, the facts disclosed by the record are such that we do not feel justified in interfering with the discretion exercised by the trial court in making such an order.

The order granting a new trial is, therefore, affirmed, with costs.

PATTERSON, P. J., LAUGHLIN and LAMBERT, JJ., concurred; INGRAHAM, J., concurred in result.

Order affirmed, with costs. Order filed.